AO-10
Rev. 1/89

# FINANCIAL DISCLOSURE REPORT

Annual Report Due by May 15 from Judicial Officers and certain Judicial Employees (28 USCA App. I, §§ 301-09)

| Person Reporting (Last name, first, middle initial) | Court or Organization | Date of Report |
|---|---|---|
| McLaughlin, Joseph M. | U.S. District Court | 5/15/90 |

| Title | Date of Entry/Nomination/Termination (only if initial or final report) | Reporting Period (Calendar year, or inclusive dates) |
|---|---|---|
| U.S. District Court Judge | | Jan. 1989 to Dec. 1989 |

| Home or office address |
|---|
| 179-15 Croydon Road, Jamaica, N.Y. 11432 |

**IMPORTANT NOTES:** *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 15-17 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Adjunct Professor | Fordham Law School |
| Adjunct Professor | St. John's Law School |
| I am a limited partner in the following: (see VIII) | |

## II. AGREEMENTS. (Reporting individual only; see p. 17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements) | |
| None | |
| | |
| | |

## II. NON-INVESTMENT INCOME. (Partial disclosure for spouse; see pp. 18-20 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| | St. John's University, Salary | $15,500.00 |
| | Fordham University, Salary | $12,000.00 |
| | Foundation Press, Royalty | $505.44 |
| | West Publishing, Royalty | $29,500.00 |
| | Matthew Bender Publishing, Royalty | $31,320.28 |

 Digitized by Google

5/15/90

McLaughlin, Joseph M.
U.S. District Court Judge
179-15 Croydon Road
Jamaica, N.Y. 11432

III. <u>NON-INVESTMENT INCOME</u>

Erie County Bar Assn., (honorarium) $1,000 (5/2/89)

Continental Ins. Co., Princeton, N.J. (honorarium) $1,500 (12/14/89)

Suffolk Academy of Law (honorarium) $500 (6/20/89)

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| McLaughlin, Joseph A. | 5/15/90 |

## IV. REIMBURSEMENTS and GIFTS--transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| Lecture, Erie County Bar Assn., Erie County, N.Y. (5/2/89) Plane Fare and Incidentals, $318.00 (Self). | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☒ NONE (No such reportable gifts) | | |
| None | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☒ NONE (No reportable liabilities) | | |
| None | | |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $0 to $1,000   K = $1,001 to $5,000   L = $5,001 to $15,000   M = $15,001 to $50,000
N = $50,001 to $100,000   O = $100,001 to $250,000   P = over $250,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | McLaughlin, Joseph M. | 5/15/90 |

## VII. INVESTMENTS and TRUSTS--Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 (S) Common Stock Occidental Pet. | E | Div. | C | T | bought | 12/18 89 | F | A | Public Trading |
| 2 (S) Common Stock Montana Power | F | Div. | O | T | | | | | |
| 3 (S) Common Stock Montana Power (sold some) | C | Div. | | | sold | 12/26 89 | h | E | Public Trading |
| 4 (J) Common Stock Lotus Capital | A | | M | T | | | | | |
| 5 (S) Shearson, Lehman Money Mkt. | D | Int. | N | T | | | | | |
| 6 (J) N.Y. St. Dorm. Auth Bond | D | Int. | K | T | | | | | |
| 7 (S) Common Stock Philadelphia Elec. | F | Div. | O | T | | | | | |
| 8 (S) Common Stock Mesa Ltd., Partnership | F | Div. | P | T | | | | | |
| 9 (S) Common Stock Mesa Ltd. (sold some) | C | Div. | | | sold | 12/26 89 | L | A | Public Trading |
| 10 (S) Common Stock Digital Equipment | A | | L | T | bought | 10/23 89 | L | A | Public Trading |
| 11 (S) Common Stock Duff & Phelps | D | Div. | K | T | bought | 12/26 89 | L | A | Public Trading |
| 12 (S) Bond Occidental Petrol. Bond | E | Int. | K | T | | | | | |
| 13 (S) Bond UTS Shearson, Lehman Bd | C | Int. | L | T | | | | | |
| 14 (J) One-third interest two farms in Lloyd | | | | | | | | | |
| 15 County, Iowa 160 acres | A | | M | W | | | | | |
| 16 (J) Oil & Gas Investments | B | Roy. | N | U | | Oil & Gas explanations in VIII Rider A | | | |
| 17 (J) Oil & Gas Investments | A | | J | U | | Deemed worthless investment (see VIII) | | | |
| 18 (Self) Annual Summary Statement Keogh Plan | A | | O | V | | | | | |
| 19 | | | | | -continued- | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes: | A = exempt ($0 to $100) | B = $1,001 to $1,000 | C = $1,001 to $2,500 | D = $2,501 to $5,000 |
|---|---|---|---|---|
| | E = $5,001 to $15,000 | F = $15,001 to $50,000 | G = $50,001 to $100,000 | H = over $100,000 |
| 2 Value Codes: | J = exempt ($0 to $1,000) | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |
| 3 Value Method Codes: | Q = Appraisal | R = Cost (real estate only) | S = Assessed value | T = Cash/market |
| | U = Book value | V = Other | W = Estimated | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | McLaughlin, Joseph K. | 5/15/90 |

## VII. INVESTMENTS and TRUSTS—Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code (A-H) | Type (e.g., div.) | Value Code (J-P) | Value Method Code (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code (J-P) | Date Code (A-H) | Identity of buyer/seller (if private transaction) | |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 (Self) Annual Summary | | | | | | | | | | |
| 2 Statement TIAA/CREF | | | | | | | | | | |
| 3 Pension Death Benefit | A | | F | V | | | | | | |
| 4 (Self) IRA Plan Shearson Lehman | A | | H | V | | | | | | |
| 5 (S) IRA Plan Shearson, Lehman | A | | K | V | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |

| 1 Income/Gain Codes: | A = exempt ($50 to $100) | B = $101 to $1,000 | C = $1,001 to $2,500 | D = $2,501 to $5,000 |
|---|---|---|---|---|
| | E = $5,001 to $15,000 | F = $15,001 to $50,000 | G = $50,001 to $100,000 | H = over $100,000 |
| 2 Value Codes: | J = exempt ($50 to $1,000) | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |
| 3 Value Method Codes: | Q = Appraisal | R = Cost (real estate only) | S = Assessed value | T = Cash/market |
| | U = Book value | V = Other | W = Estimated | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>McLaughlin, Joseph h. | Date of Report<br>5/15/90 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate section of Report.)

☐ Check to affirm that differences in investments from those reported
in prior year are exempt from disclosure.

I. Positions: Limited partnerships for oil and gas explorations.

Location: 2342 Halyard Drive, Merrick, N.Y. 11566

Vulcan Energy Corp. (Kaiser, Thor Partners)

Parallel Petroleum (Lan 11 Partners)

Tollefson Partners

Source Petroleum (Onemoretime)

VII. Oil and Gas Explanations
(See Rider A attached)

VII. Investments and Trusts: Oil and Gas Investments deemed worthless in

1989 - Vulcan Energy Corp.(Mercury)

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature _____     Date 5/15/90

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP. I, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

1. Mail signed original and 3 additional copies to:     Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

2. Deliver one copy to the Clerk of the Court on which you sit or serve. (Judicial employees not associated with a specific court, such as employees of the Administrative Office and the Federal Judicial Center, need not file a copy with any court.)

Digitized by Google

5/15/70

McLaughlin, Joseph K.
U.S. District Court Judge
179-15 Croydon Road
Jamaica, N.Y. 11432

### Rider A

| Oil and Gas Holdings | Income Produced | Value |
|---|---|---|
| Vulcan Energy Corp. Kaiser Partners | $591.08 | $40,465.00 |
| Vulcan Energy Corp. Thor | $847.33 | $12,500.00 |
| Parallel Petroleum Lem II | $ 90.00 | $11,367.83 |
| Tollefson | None | $11,705.52 |
| Source Petroleum Onemoretime | None | $ 5,000.00 |

Digitized by Google

FINANCIAL STATEMENT

## NET WORTH

7/11/90

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 500 | | Notes payable to banks—secured | | |
| U.S. Government securities—add schedule | | | Notes payable to banks—unsecured | | |
| | | | Notes payable to relatives | | |
| Listed securities—add schedule | 664207 | | Notes payable to others | | |
| Unlisted securities—add schedule | 20000 | | Accounts and bills due | | |
| Accounts and notes receivable: | | | Unpaid income tax | 16500 | |
| Due from relatives and friends | | | Other unpaid tax and interest | | |
| Due from others | | | Real estate mortgages payable—add schedule | | |
| Doubtful | | | | | |
| Real estate owned—add schedule | 145000 | | Chattel mortgages and other liens payable | | |
| Real estate mortgages receivable | | | | | |
| Autos and other personal property | 20000 | | Other debts—itemize: | | |
| Cash value—life insurance | 3000 | | | | |
| Other assets—itemize: | 1244239 | | | | |
| | | | | | |
| See Schedule | | | | | |
| | | | Total liabilities | 16500 | |
| | | | Net worth | 2100446 | |
| Total assets | 2116946 | | Total liabilities and net worth | 2116946 | |

| CONTINGENT LIABILITIES | None | | GENERAL INFORMATION | | |
|---|---|---|---|---|---|
| As endorser, comaker or guarantor | | | Are any assets pledged? (Add schedule.) | NO | |
| On leases or contracts | | | Are you defendant in any suits or legal actions? | NO | |
| Legal Claims | | | Have you ever taken bankruptcy? | NO | |
| Provision for Federal Income Tax | | | | | |
| Other special debt | | | | | |

Digitized by Google